## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

David Nebelung,

      Debtor.
_____/

Case No. 08-60164
Chapter 7
Hon. Marci B. McIvor

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

    The attached check in the amount of $0.50 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| City of Westland<br>PO Box 85040<br>Westland, MI 48185 | 5 | $0.50 |

Date: April 12, 2010

/s/ CHARLES J. TAUNT
CHARLES J. TAUNT, Trustee
700 East Maple Road
2nd Floor
Birmingham, MI 48009
(248) 647-1127